# TALBOT  *v.*  MONELL.

PATENTS; INTERFERENCE.

*Talbot* v. *Monell, ante,* 108, applied and followed.

No. 235.  Patent Appeals.  Submitted November 21, 1903.  Decided January
19, 1904.

HEARING on an appeal from a decision of the Commissioner
of Patents in an interference case.                    *Affirmed.*

The facts are sufficiently stated in the opinion.

*Mr. Charles N. Butler* for the appellant.

*Mr. Clarence P. Byrnes, Mr. John R. Bennett,* and *Mr.
Thomas W. Bakewell* for the appellee.

Mr. Justice MORRIS delivered the opinion of the Court:

The issues in this case differ only in one slight particular
from those in the case of *Talbot* v. *Monell, ante,* 108, just
decided, and it seems to be conceded that the decision in the
one case should govern that to be rendered in the other.  By
agreement of parties the same testimony was to be used in both
cases.

The decision of the Commissioner of Patents in the case will
be, and it is hereby affirmed; and judgment of priority of in-
vention is awarded in favor of the appellees, Monell and James.

The clerk of the court will certify this opinion, and the pro-
ceedings of the court in the premises, to the Commissioner of
Patents according to law.                    *Affirmed.*